Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ◯ YES ⦿ NO

**DOCKET NUMBER:** 3:23-cr-200-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs **MANDY DEANN URBAN**

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

- Magistrate Judge Case Number :
- Search Warrant Case Number :
- Miscellaneous Case Number :
- Rule 20b :

**SERVICE OF PROCESS** : ARREST WARRANT

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty ◯ Misdemeanor ⦿ Felony

18 U.S.C. § 1343

**JUVENILE:** ◯ Yes ⦿ No

**ASSISTANT U. S. ATTORNEY** : JENNY SUGAR

**VICTIM/WITNESS COORDINATORS:** SHIRLEY RUTLEDGE

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)