# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Mandy Urban a/k/a Mandy Kos

Case Number: 3:23-cr-200-RJC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 USC 1343 | n/a | max penalty of 20 years; $250,000 fine, and 3 yr SR |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?
* 18 U.S.C. 924(c) only

Brandish
Discharge